# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00421-CR

**Javier Jose Garza, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### NO. 05-1575-1, HONORABLE SUZANNE BROOKS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Javier Jose Garza seeks to appeal from a judgment of conviction for driving while license suspended. Sentence was imposed on April 19, 2005. There was no motion for new trial. The deadline for perfecting appeal was therefore May 19, 2005. Tex. R. App. P. 26.2(a)(1). Notice of appeal was mailed on May 23 and filed on May 25, 2005. No extension of time for filing notice of appeal was requested. Tex. R. App. P. 26.3. Under the circumstances, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

Bob Pemberton, Justice

Before Justices B. A. Smith, Puryear and Pemberton

Dismissed for Want of Jurisdiction

Filed: August 17, 2005

Do Not Publish